AMIR NAYEBDADASH (SBN 232204)
   amir@protectionlawgroup.com
CODY PAYNE (SBN 282342)
   cody@protectionlawgroup.com
KIM N. NGUYEN (SBN 293906)
   kim@protectionlawgroup.com
PROTECTION LAW GROUP, LLP
136 Main St., Suite A
El Segundo, CA 90245
Telephone: (424) 290-3095
Facsimile: (866) 264-7880

Attorneys for Plaintiff
SUSAN EKLUND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN EKLUND, an individual, | Case No.: 5:18-cv-01119-TJH-ASx |
| PLAINTIFF, | |
| vs. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL [JS-6]** |
| MASONITE CORPORATION, a Delaware corporation; STACEY ACEVES, an individual; and DOES 1 through 50, inclusive, | |
| DEFENDANTS. | |

# **ORDER**

Pursuant to the Stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/her own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 24, 2019

_____
Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE